People v Cook (2024 NY Slip Op 03662)

People v Cook

2024 NY Slip Op 03662

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, OGDEN, NOWAK, AND DELCONTE, JJ.

550 KA 22-00709

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DONALD COOK, DEFENDANT-APPELLANT.

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (LEAH N. FARWELL OF COUNSEL), FOR DEFENDANT-APPELLANT. 
DONALD COOK, DEFENDANT-APPELLANT PRO SE.
MICHAEL J. KEANE, ACTING DISTRICT ATTORNEY, BUFFALO (PAUL J. WILLIAMS, III, OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Erie County Court (Susan M. Eagan, J.), rendered August 18, 2021. The judgment convicted defendant, upon a plea of guilty, of possessing a sexual performance by a child. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court